# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 27, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60471   NA of Private Fund Managers v. SEC
                           Agency No. 17 CFR Part 275 No. IA-6383

Enclosed is an order entered in this case.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Majella A. Sutton, Deputy Clerk
                                  504-310-7680

Ms. Megan Barbero
Mr. Robert Batista
Mr. Jeffrey Alan Berger
Mr. Stephen J. Hammer
Mr. Ezekiel Levenson Hill
Mr. Brian Alan Richman
Mr. Eugene Scalia
Mr. Max Schulman
Ms. Helgi C. Walker