# United States Court of Appeals for the Fifth Circuit

---

No. 23-60471

---

National Association of Private Fund Managers; Alternative Investment Management Association, Limited; American Investment Council; Loan Syndications and *Trading As*sociation; Managed Funds Association; National Venture Capital Association,

*Petitioners*,

*versus*

Securities and Exchange Commission,

*Respondent.*

---

Petition for Review from an Order of the
Securities & Exchange Comm
Agency No. 17 CFR Part 275 No. IA-6383

---

UNPUBLISHED ORDER

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Petitioners' unopposed motion to expedite the proceeding is GRANTED. The briefing schedule and calendaring will be determined by the court.