# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 5, 2024

Lyle W. Cayce
Clerk

————————

No. 23-60471

————————

NATIONAL ASSOCIATION OF PRIVATE FUND MANAGERS;
ALTERNATIVE INVESTMENT MANAGEMENT ASSOCIATION,
LIMITED; AMERICAN INVESTMENT COUNCIL; LOAN
SYNDICATIONS AND *Trading As*SOCIATION; MANAGED FUNDS
ASSOCIATION; NATIONAL VENTURE CAPITAL ASSOCIATION,

*Petitioners*,

*versus*

SECURITIES AND EXCHANGE COMMISSION,

*Respondent*.

——————————————————————

Petition for Review from an Order
of the Securities and Exchange Commission
Docket No. 17 CFR Part 275 No. IA-6383

——————————————————————

Before SOUTHWICK, ENGELHARDT, and WILSON, *Circuit Judges*.

J U D G M E N T

This cause was considered on the petition of Alternative Investment
Management Association, Limited, American Investment Council, Loan
Syndications and Trading Association, Managed Funds Association,
National Association of Private Fund Managers and National Venture

No. 23-60471

Capital Association for review of an order of the Securities and Exchange Commission and was argued by counsel.

IT IS ORDERED and ADJUDGED that the decision of Securities and Exchange Commission is VACATED.

IT IS FURTHER ORDERED that Respondent pay to Petitioners the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.